RCC

FILED
FEBRUARY 15, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 963

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA,  Plaintiff,  v.  DEBRA A. BROWNING and THERESA A. SCIMECA, et. al.  Defendant. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LIFE INSURANCE COMPANY OF NORTH AMERICA

JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE NOLAN

| NAME (Type or print) |
|---|
| Daniel K. Ryan |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Daniel K. Ryan |
| FIRM |
| HINSHAW & CULBERTSON LLP |
| STREET ADDRESS |
| 222 N. LaSalle Street - S. 300 |
| CITY/STATE/ZIP |
| Chicago, Illinois |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06196616 | (312) 704-3000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐