**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
FEBRUARY 15, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 963**

In the Matter of                                        Case Number:

LIFE INSURANCE COMPANY OF NORTH AMERICA,
  Plaintiff,
v.
DEBRA A. BROWNING and THERESA A. SCIMECA, et. al.
  Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LIFE INSURANCE COMPANY OF NORTH AMERICA

JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE NOLAN

| | |
|---|---|
| NAME (Type or print) Adam L. Saper | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Adam L. Saper | |
| FIRM HINSHAW & CULBERTSON LLP | |
| STREET ADDRESS 222 N. LaSalle Street - S. 300 | |
| CITY/STATE/ZIP Chicago, Illinois | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06255527 | TELEPHONE NUMBER (312) 704-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |