# EXHIBIT C



# Sun Life of Canada®
## Beneficiary Designation Form

> Please note that the designations on this form replace any prior designations made on all past Enrollment Forms or other forms. Sun Life always pays proceeds based on the most recently dated form.

| Group Policy Number | Billing Group Number | Employee Name (Last, First, M.I.) | Social Security Number |
|---|---|---|---|
| 67982 | | Browning, Jack J | 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 |

**Beneficiary Designation:**
Enter beneficiary information below for Group Life insurance. Specify share of proceeds for all beneficiaries.

In this first box below, list the individual(s) that you want to receive proceeds in the event of your death. You may specify as many individuals as you would like, but the total proceeds in this box must equal 100%.

| Beneficiary Name(s)* | Relationship to Employee | Share of Proceeds** |
|---|---|---|
| Debra A Smith/Browning | Wife | 25% |
| Cody John Browning | Son | 75% |
| | | 100% |

In this box, list the individual(s) who should receive proceeds ONLY if ALL of the individuals listed in the box above are not living at the time of your death.

| Beneficiary Name(s)* | Relationship to Employee | Share of Proceeds** |
|---|---|---|
| Dolores Smith Escopedia | Sister | 100% |
| | | 100% |

If there is no designated beneficiary or the designated beneficiary is not living on the date of death of the employee, payment will be made to the estate of the employee.

*Your employer cannot be designated as a beneficiary.

**You may designate more than one primary or contingent beneficiary. The total within each category (primary and contingent) should equal 100%. Please note that proceeds are payable to the contingent beneficiary **only** if there is no primary beneficiary living at the time of the insured's death.

If more than one beneficiary is designated, and the share is not specified or the total does not equal 100%, proceeds will be equally divided.

marriage 7/2/03 mary
7/11/03

**IMPORTANT:**
Employee Signature _____  Date 6-28-03

This form should be kept with the employee's records.

Please see the reverse side for suggested wording for beneficiary designations.

XGR18/740 9/97