IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:08-cv-00963 |
| DEBRA A. BROWNING and THERESA A. SCIMECA, Individually, and as Guardian of her minor child, CODY BROWNING, | ) ) ) ) | Judge Der-Yeghiayan<br><br>Magistrate Judge Nolan |
| Defendants. | ) | |

## NOTICE OF FILING

     PLEASE TAKE NOTICE that on March 5, 2008 we filed electronically with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the attached *Theresa Scimeca's Answer to Amended Complaint for Interpleader and Other Relief and Counter-Claim/Cross-Claim* and *Theresa Scimeca's Answer to Debra A. Browning's Counterclaim and Crossclaim for Declaratory Judgment*, copies of which are served upon you.

                                       Respectfully submitted,

                                       THERESA A. SCIMECA

                                       By:  /s/ Mitchell S. Feinberg
                                               One of Her Attorneys

Mitchell S. Feinberg
Sanjay Shivpuri
CHUHAK & TECSON, P.C.
30 S. Wacker Drive – Suite 2600
Chicago, IL  60606
312-444-9300

749876.1.18835.34570

- 2 -

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on March 5, 2008 a copy of the foregoing Notice and documents referred to above were filed electronically. Notice of this filing will be sent to the Filing Users by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                                                                         __ s/ Mitchell S. Feinberg___

749876.1.18835.34570