IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 08 CV 00963 ) |
| DEBRA A. BROWNING and THERESA A. SCIMECA (Individually and as Guardian of her minor child, CODY BROWNING, | ) ) ) ) |
| Defendants. | ) ) |

### JOINT JURISDICTIONAL STATUS REPORT

NOW COME the parties, by their respective counsel, and as their Joint Jurisdictional Sstatus Report, state as follows:

**I.   Subject Matter Jurisdiction**

LINA invokes this Court's jurisdiction pursuant to Fed. R. Civ. P 22, through 28 U.S.C. 1331 and 29 USC 1132(a)(3), in that the life insurance benefit at issue was part of an employee benefit plan within the meaning of the Employment Retirement Income Security Act of 1974 as amended (29 USC Sec. 1001 *et. seq.*) ("ERISA").

**II.   Venue**

Venue is proper in this District because all defendants reside in this District. (See Affidavits of Theresa Scimeca and Debra Browning, Exhibits A and B).

LIFE INSURANCE COMPANY OF NORTH AMERICA

By:  /s/ Adam L. Saper
One of Its attorneys

Daniel K. Ryan
Adam L. Saper
HINSHAW & CULBERTSON

1

6281809v2 885116

222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
(312) 704-3000
Fax: (312) 704-3001
dryan@hinshawlaw.com
asaper@hinshawlaw.com

**THERESA SCIMECA, individually and as guardian of Cody Browning**

By: /s/ *[signature]*
    One of Her attorneys

Mitchell S. Feinberg
30 South Wacker Drive
26th Floor
Chicago, Illinois 60606
Telephone: (312) 444-9300
Facsimile: (312) 444-9027

**DEBRA BROWNING**

By: _____
    One of Her attorneys

Bradley H. Foreman
6914 West North Avenue
Chicago, Illinois 60707-4413
Tel 773.622.4800
Fax 773.622.4873
E-Mail: brad@bradleyforeman.com

222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
(312) 704-3000
**Fax:** (312) 704-3001
dryan@hinshawlaw.com
asaper@hinshawlaw.com

**THERESA SCIMECA, individually and as guardian of Cody Browning**

By: _____
    One of Her attorneys

Mitchell S. Feinberg
30 South Wacker Drive
26th Floor
Chicago, Illinois 60606
Telephone: (312) 444-9300
Facsimile: (312) 444-9027

**DEBRA BROWNING**

By: /s/ _____
    One of Her attorneys

Bradley H. Foreman
6914 West North Avenue
Chicago, Illinois 60707-4413
Tel 773.622.4800
Fax 773.622.4873
E-Mail: brad@bradleyforeman.com

2

6281809v2 885116

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, )<br>)<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>DEBRA A. BROWNING and THERESA )<br>A. SCIMECA (Individually and as Guardian of )<br>her minor child, CODY BROWNING, )<br>)<br>)<br>Defendants. ) | Case No. 08 CV 00963 |

## AFFIDAVIT OF MITCHELL S. FEINBERG

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies under oath, deposes and states that the statements set forth in this instrument are true and correct and based on his personal knowledge:

1. I am the attorney of record for defendant-claimant, Theresa A. Scimeca. in the above-captioned case.

2. Theresa A. Scimeca resides at 1146 Hillside Avenue, Antioch, Illinois 60002.

FURTHER AFFIANT SAYETH NAUGHT.


Mitchell S. Feinberg

1

6262026v1 882068



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, )<br><br>  Plaintiff, )<br><br>v. )<br><br>DEBRA A. BROWNING and THERESA A. SCIMECA (Individually and as Guardian of her minor child, CODY BROWNING, )<br><br>  Defendants. ) | Case No. 08 CV 00963 |

## AFFIDAVIT OF BRADLEY H. FOREMAN

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies under oath, deposes and states that the statements set forth in this instrument are true and correct and based on his personal knowledge:

1. I am the attorney of record for defendant-claimant Debra A. Browning in the above-captioned case.

2. Debra A. Browning resides at 2619 Discovery Drive, Plainfield, Illinois 60544.

FURTHER AFFIANT SAYETH NAUGHT.

/s/ Bradley H. Foreman<br>
Bradley H. Foreman

EXHIBIT B

1

6262026v1 882068