UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
Eastern Division

Life Insurance Company of North America
                                    Plaintiff,
v.                                                  Case No.: 1:08−cv−00963
                                                    Honorable Samuel Der−Yeghiayan
Debra A. Browning, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 12, 2008:

    MINUTE entry before Judge Samuel Der−Yeghiayan : Status hearing held and continued to 04/29/08 at 9:00 a.m. No one appeared on behalf of defendants Debra A. Browning and Cody Browning on the Court's noticed status hearing. As stated on the record, counsel for the Plaintiff is directed to file with the Clerk of Court, the appropriate returns and/or waivers of service. As further stated on the record, in the event the parties believe a settlement conference with the Court would be useful, counsel are directed to follow Judge Der−Yeghiayan's settlement conference procedures as outlined on his web page. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.