IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DEBRA A. BROWNING and THERESA A. SCIMECA (Individually and as Guardian of her minor child, CODY BROWNING, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 08 CV 00963 <br><br> Judge Samuel Der-Yeghiayan |

### NOTICE OF MOTION

TO:   See attached Certificate of Service.

PLEASE TAKE NOTICE that on the 25th day of March, 2008 at 9:00 a.m. or soon thereafter as this Motion may be heard, I shall appear before **Judge Samuel Der-Yeghiayan**, or any Judge sitting in her stead in **Courtroom 1903**, in the Richard J. Daley Center, Chicago, Illinois 60602, and then and there present **Motion for Leave to Deposit Stake, Discharge and Permanent Injunction.**

                                                                Respectfully submitted,

                                                                **LIFE INSURANCE COMPANY OF
                                                                NORTH AMERICA**

                                                                By: /s/ *Adam L. Saper*
                                                                       One of Its Attorneys

Adam L. Saper
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street
Suite 300
Chicago, Illinois 60601
(312) 704-3000.Office
(312) 704-3001.Fax
asaper@hinshawlaw.com

6298437v1 885116

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF COOK | ) |

### CERTIFICATE OF SERVICE (ECF)

I, the undersigned, a non-attorney on oath, state that I filed the above and foregoing **Notice of Motion (Motion for Leave to Deposit Stake, Discharge and Permanent Injunction)**, via the United States District Court for the Northern District of Illinois' electronic filing system (ECF) on the 19th day of March, 2008, and will make copies of the documents available to the following counsel(s) of record on March 19, 2008:

Mr. Bradley H. Foreman
Law Offices of Bradley H. Foreman, P.C.
6914 W. North Avenue
Chicago, Illinois 60707

Mitchell S. Feinberg
Chuhak & Tecson, P.C.
30 South Wacker Drive
Suite 2600
Chicago, Illinois 60606-7413

Sanjay Shivpuri
Chuhak & Tecson, P.C.
30 South Wacker Drive
Suite 2600
Chicago, Illinois 60606-7413

/s/ Cheree A. Woods
Cheree A. Woods

6298437v1 885116