Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 963 | **DATE** | 3/25/2008 |
| **CASE TITLE** | Life Insurance Company of North America vs. Debra A. Browning, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Counsel for Defendant Debra Browning failed to appear on Plaintiff's noticed motion. As stated on the record, Plaintiff 's motion for leave to deposit stake, discharge and permanent injunction [20] is denied without prejudice. Status hearing reset to 04/02/08 at 9:00 a.m. Status hearing set for 04/29/08 is stricken. Counsel for Defendant Debra A. Browning is ordered to appear at the 04/02/08 Court's noticed status hearing. As stated on the record, Parties are warned that failure to appear on a Court's noticed status hearing may result in a default and/or waiver of a claim or a dismissal for want of prosecution pursuant to Local Rule 41.1.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | maw |
|---|---|---|