IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>DEBRA A. BROWNING and THERESA A. SCIMECA (Individually and as Guardian of her minor child, CODY BROWNING,<br><br>　　　Defendants. | )<br>)<br>)　Case No.  08 CV 00963<br>)<br>)<br>)　Judge Samuel Der-Yeghiayan<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

TO:　　See attached Certificate of Service.

　　PLEASE TAKE NOTICE that on the 10th day of April, 2008 at 9:00a.m. or soon thereafter as this Motion may be heard, I shall appear before **Judge Samuel Der-Yeghiayan**, or any Judge sitting in his stead in **Courtroom 1903**, in the Richard J. Daley Center, Chicago, Illinois 60602, and then and there present **Joint Motion to Voluntarily Dismiss Counterclaims and For Leave to Deposit Stake, Discharge and Permanent Injunction.**

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**LIFE INSURANCE COMPANY OF NORTH AMERICA**

　　　　　　　　　　　　　　　　　　By: _/s/ Adam L. Saper_
　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Adam L. Saper
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street
Suite 300
Chicago, Illinois  60601
(312) 704-3000.Office
(312) 704-3001.Fax
asaper@hinshawlaw.com

6302804v1 885116

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF COOK       )

## CERTIFICATE OF SERVICE (ECF)

    I, the undersigned, a non-attorney on oath, state that I filed the above and foregoing **Notice of Motion (Joint Motion to Voluntarily Dismiss Counterclaims and for Leave to Deposit Stake, Discharge and Permanent Injunction)**, via the United States District Court for the Northern District of Illinois' electronic filing system (ECF) on the 1st day of April, 2008, and will make copies of the documents available to the following counsel(s) of record on April 2, 2008:

Mr. Bradley H. Foreman
Law Offices of Bradley H. Foreman, P.C.
6914 W. North Avenue
Chicago, Illinois 60707

Mitchell S. Feinberg
Chuhak & Tecson, P.C.
30 South Wacker Drive
Suite 2600
Chicago, Illinois 60606-7413

                                                                                   */s/ Cheree A. Woods*
                                                                                    Cheree A. Woods