Order Form (01/2005)

MHN

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 963 | **DATE** | 4/2/2008 |
| **CASE TITLE** | Life Insurance Company of North America vs. Debra A. Browning, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 08/14/08 at 9:00 a.m. All discovery shall be noticed in time to be completed by 06/02/08. Dispositive motions are to be filed by 06/20/08. Responses to the dispositive motions, if any, are to be filed by 07/09/08 and replies, if any, are to be filed by 07/16/08. The parties motion to dismiss counterclaims and for leave to deposit stake, discharge and permanent injunction [24] is granted.

\* For further details see attached order

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|