IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DEBRA A. BROWNING and THERESA A. SCIMECA (Individually and as Guardian of her minor child Cody Browning), <br><br> Defendants. | Case No. 1:08-cv-00963 <br><br> Honorable Samuel Der-Yeghiayan |

NOTICE OF MOTION

Please take notice that on Tuesday, May 13, 2008 at 9:00 a.m. the undersigned shall appear before the Honorable Samuel Der-Yeghiayan in Courtroom 1903 at 219 South Dearborn Street, Chicago, Illinois and shall present *Theresa A. Scimeca's Motion to Distribute Life Insurance Proceeds and to Dismiss Pursuant to Settlement*, a copy of which is served upon you.

Respectfully submitted,

Theresa A. Scimeca

By: ___s/ Sanjay Shivpuri_____
      One of her attorneys

Mitchell S. Feinberg
Sanjay Shivpuri
Chuhak & Tecson, P.C.
30 South Wacker Drive, Suite 2600
Chicago, Illinois 60606
(312) 444-9300
Facsimile (312) 444-9027

764933\1\18835\34570

2

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on May 7, 2008 a copy of the foregoing Notice and document referred to above were filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              __s/ Sanjay Shivpuri___