# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 963 | **DATE** | 5/13/2008 |
| **CASE TITLE** | Life Insurance Company of North America vs. Debra A. Browning, et al. | | |

**DOCKET ENTRY TEXT**

Defendant Theresa A. Scimeca's motion to distribute life insurance proceeds and to dismiss pursuant to settlement [29] is granted without objection. All pending dates and motions are hereby stricken as moot.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | | Courtroom Deputy Initials: | maw |
|---|---|---|---|