## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 08 C 963 Judge Der-Yeghiayan |
| DEBRA A. BROWNING and THERESA A. SCIMECA (Individually and as Guardian of her minor child, CODY BROWNING, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER DISMISSING CASE AND
## DIRECTING RELEASE OF DEPOSITED FUNDS

This cause before the Court by agreement, all matters in controversy having been settled, and the parties having agreed to dismissal of this case, and the Court having jurisdiction of the parties and the subject matter hereto and being fully advised in the premises,

IT IS HEREBY ORDERED that the Clerk of this Court is authorized and directed to disburse the funds deposited by plaintiff in the following manner:

A. The amount of eleven thousand and no/00 dollars ($11,000.00), plus 14% of interest, if any, accumulated since the deposit of funds by plaintiff with the Clerk of this Court, shall be disbursed to Debra A. Browning and Bradley H. Foreman, her attorney;

B. The amount of sixty seven thousand seven hundred and 52/00 dollars ($67,700.52), plus 86% of interest , if any, accumulated since the deposit of funds by plaintiff with the Clerk of this Court shall be disbursed to Theresa A. Scimeca, individually and as the mother of Cody Browning.

It is further ordered that upon disbursement of the funds in accordance with this Order, this case shall be deemed dismissed with prejudice, each party to bear its own costs and attorneys' fees.

ENTER:

_____
United States District Judge

Dated: May 13, 2008